**Order entered February 5, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01677-CV

### NINE SYLLABLES, LLC, Appellant

### V.

### GARY C. EVANS, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC12-10225-A**

## ORDER

We **GRANT** appellant's February 3, 2014 unopposed motion to extend briefing deadline and **ORDER** the brief be filed no later than March 27, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE